**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  16-cv-00324-CBS

JACQUELYN BURKS, as Conservator for
R.S.B., f/k/a S.R.S., a minor,

      Plaintiff,

v.

AMERICAN ALTERNATIVE INSURANCE CORPORATION,
a Delaware corporation,

      Defendant.

---

**ORDER GRANTING *EX PARTE* MOTION TO AMEND CAPTION AND RESTRICT ACCESS TO FILINGS**

---

Having considered Plaintiff's *Ex Parte* Motion to Amend Caption and Restrict Access to Filings and the file in this matter, the Court hereby GRANTS the Motion and FINDS and ORDERS as follows:

1. Granting the Motion will not prejudice Defendant because the relief sought in the Motion is limited to compliance with Federal Rule of Civil Procedure 5.2(a).

2. The case caption is amended as set forth above.

3. Access to Docket Numbers 1, 3, and 4, including the attachments to Docket Number 1, is restricted at Level 1.

4. Plaintiff will file redacted versions of Docket Numbers 1, 3, and 4, including the attachments to Docket Number 1, within 7 calendar days of the date of this Order.  Those redacted versions will be publicly available.

-2-

5.  The appearance of the full name of R.S.B., f/k/a S.R.S., a minor, will be changed to her initials on the CM/ECF system.


DATED: February 12, 2016               BY THE COURT:

                                       s/Craig B. Shaffer
                                       United States Magistrate Judge